# PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name __Wright__  __Michael__  __J.__
    (Last)       (First)       (Initial)

Prisoner Number __V-91600__

Institutional Address __3000 W. Cecil Ave. / P.O. Box 5102__

__Delano, Ca. 93215__

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JAMES WRIGHT
(Enter the full name of plaintiff in this action.)

vs.

A. HEDGPETH, Warden, K.V.S.P.,

J. TILTON, Secretary, California Department of Corrections and, Rehabilitation
(Enter the full name of respondent(s) or jailor in this action)

Case No. CV 08 2228 SBA (PR)
(To be provided by the clerk of court)

PETITION FOR A WRIT OF HABEAS CORPUS

E-filing

FILED APR 29 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

---

Read Comments Carefully Before Filling In

### When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS - [ 1 ]

1 | Who to Name as Respondent

2 | You must name the person in whose actual custody you are. This usually means the Warden or
3 | jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4 | you are imprisoned or by whom you were convicted and sentenced. These are not proper
5 | respondents.

6 | If you are not presently in custody pursuant to the state judgment against which you seek relief
7 | but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8 | custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9 | was entered.

10 | A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11 | 1. What sentence are you challenging in this petition?

12 | (a) Name and location of court that imposed sentence (for example; Alameda
13 | County Superior Court, Oakland): 12225 Fallon Street
14 | Superior Court, Alameda, Co.   Oakland, Ca. 94612-4293

15 | Court                              Location

16 | (b) Case number, if known  CH 36730

17 | (c) Date and terms of sentence  07-22-05; 38yrs.-Life; (Exb. C  )

18 | (d) Are you now in custody serving this term? (Custody means being in jail, on
19 | parole or probation, etc.)    Yes  X    No _____
20 | Where?  K.V.S.P.; P.O. Box 5102, Delano, Ca. 93216-5102
21 | Name of Institution:  Kern Valley State Prison
22 | Address:      3000 W. Cecil Ave., Delano, Ca. 93216

23 | 2. For what crime were you given this sentence? (If your petition challenges a sentence for
24 | more than one crime, list each crime separately using Penal Code numbers if known. If you are
25 | challenging more than one sentence, you should file a different petition for each sentence.)
26 | Murder, Att. Murder; Assault W/Firearm; Poss./Cocaine; Vicariously Armed,
27 | W/Firearm; Prior C/S Conv.; & Prior Prison Term; Cal. Pen. C. §§ 187(a);
28 | 187/664; 245(a)(2); 11351; 12022(a); & 667.5(b).

PET. FOR WRIT OF HAB. CORPUS      [ 2 ]

1   3. Did you have any of the following?

2       Arraignment:           Yes __X__   No _____

3       Preliminary Hearing:   Yes __X__   No _____

4       Motion to Suppress:    Yes _____   No __X__

5   4. How did you plead?

6       Guilty _____   Not Guilty __X__   Nolo Contendere _____

7       Any other plea (specify) _____ NONE _____

8   5. If you went to trial, what kind of trial did you have?

9       Jury __X__   Judge alone _____   Judge alone on a transcript _____

10  6. Did you testify at your trial?    Yes _____   No __X__

11  7. Did you have an attorney at the following proceedings:

12      (a)  Arraignment                    Yes __X__   No _____

13      (b)  Preliminary hearing            Yes __X__   No _____

14      (c)  Time of plea                   Yes _N/A_   No _N/A_

15      (d)  Trial                          Yes __X__   No _____

16      (e)  Sentencing                     Yes __X__   No _____

17      (f)  Appeal                         Yes __X__   No _____

18      (g)  Other post-conviction proceeding  Yes _____   No __X__

19  8. Did you appeal your conviction?     Yes __X__   No _____

20      (a) If you did, to what court(s) did you appeal?

21          Court of Appeal                 Yes __X__   No _____

22          Year: 12-06    Result: Judgment Affirmed, (Exib. 2 )

23          Supreme Court of California    Yes __X__   No _____

24          Year: 02-07    Result: Petition Denied, (Exib. 1 )

25          Any other court                 Yes _____   No __X__

26          Year: __-__    Result: N/A

27

28      (b) If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS     [ 3 ]

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| | | petition? | Yes __X__ | No____ |

(c) Was there an opinion?  Yes __X__  No____

(d) Did you seek permission to file a late appeal under Rule 31(a)?

  Yes____  No __X__

If you did, give the name of the court and the result:

_____N/A_____

_____N/A_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?  Yes __X__  No____

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

  I. Name of Court: __Court of Appeal of California, First App. Dist.__

  Type of Proceeding: __Petition For Writ of Habeas Corpus__

  Grounds raised (Be brief but specific):

  a. _____( see Exib. 5 )_____

  b. _____"         "_____

  c. _____"         "_____

  d. _____"         "_____

  Result: __Petition Denied__   Date of Result: __Apr. 3, 08__

  II. Name of Court: __Supreme Court of California__

  Type of Proceeding: __Petition for Review, on Habeas Corpus__

  Grounds raised (Be brief but specific): --

[ 4 ]

```
1        a._____( see Exib. 5 )_____
2        b._____      "    "    _____
3        c._____      "    "    _____
4        d._____      "    "    _____
5        Result: _____ Date of Result: _____
6   III. Name of Court: _____ N/A _____
7        Type of Proceeding: _____ N/A _____
8        Grounds raised (Be brief but specific):
9        a._____      N/A    _____
10       b._____       "     _____
11       c._____       "     _____
12       d._____       "     _____
13       Result: _____ N/A _____ Date of Result: __ N/A __
14  IV.  Name of Court: _____ N/A _____
15       Type of Proceeding: _____ N/A _____
16       Grounds raised (Be brief but specific):
17       a._____      N/A    _____
18       b._____      N/A    _____
19       c._____      N/A    _____
20       d._____      N/A    _____
21       Result: _____ N/A _____ Date of Result: __ N/A __
```

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes __X__  No____

Name and location of court: <u>Supreme Court, State of California</u>

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

1  need more space. Answer the same questions for each claim.
2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]
5  Claim One: The trial court applied improper legal standards to the
6  question of a "Prima Facie" showing of discrimination under BASTON.
7  Supporting Facts: State trial court's factual findings crediting prosecutor's
8  explanation of exclusion of African American venirepersons, constituted
9  an unreasonable determination of the facts, under 28 USC §§ 2254(d)(2)
10 (see Exib.   )
11 Claim Two: CALJIC 8.25 given by the court did not adequately inform the
12 jurors that "Lying In Wait" or "Watching" be with an entent to kill.
13 Supporting Facts: The instruction given in this case failed to inform the
14 jury that murder which is immediately preceded by lying in wait
15 erroneously omits elements that the murderer intended to kill or injure
16 and committed the murder while lying in wait. (see Exib.   )
17 Claim Three:
18                    ( see page 6-A )
19 Supporting Facts:         "        "
20                           "        "
21                           "        "
22                           "        "
23   If any of these grounds was not previously presented to any other court, state briefly which
24 grounds were not presented and why:
25   All of the above grounds have previously been presented to the
26   California State Supreme Court, (see Exib. 6 )
27
28

PET. FOR WRIT OF HAB. CORPUS              [ 6 ]

need more space. Answer the same questions for each claim.

[Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim Three: The trial court erred by refusing to give requested second degree murder instruction on the defense theory of the case.
Supporting Facts: The court's refusal to instruct, so that the jury might have a legal basis for considering Petitioner's theory of the defense denied him his Federal Constitutional Rights under the sixth and the Fourteenth Amendments. (see Exib. 6  )

Claim Four: Petitioner's trial counsel's unprofessional errors were unreasonably prejudicial, and undermined the outcome of the trial.
Supporting   Petitioner's trial counsel was ineffective in his failure to present testimony of an unavailable witnesse's exculpatory information, and decided against calling the witness without first personally interviewing him. (see Exib. 6  )

Claim Five: Petitioner was deprived of his right to effective counsel at trial and on appeal who failed to raise or perserve appellate issues
Supporting Facts: Trial counsel was ineffective by failing to establish that items of evidence belonged to someone other than Petitioner; and appointed counsel on appeal failed to raise a claim of ineffectiveness of trial counsel that was reviewable on appeal . ( see Exib. 6  )

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

Claims Three, Four , and Five, above have been presented to the California State Supreme Court on; Apr.     2008

[ 6-A ]
PET. FOR WRIT OF HAB. CORPUS

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:

4      Apprendi v. New Jersey, (2000) 530 U.S. 466, 120 S. Ct. 2348, 147 LED 2nd 435
5      Sandstrom v. Montana (1979) 442 U.S. 510, 99 S.Ct. 2450, 61 L.Ed 2d 39
6      Carella v. California, 109 S. Ct. 2419, 491 U.S. 263, 105 L.Ed 2d 218

7  Do you have an attorney for this petition?    Yes _____  No  X
8  If you do, give the name and address of your attorney:
9      N/A

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

13  Executed on   April 15, 2008                *Michael J. Wright*
14         Date                              Signature of Petitioner
15                                            Michael J. Wright

20  (Rev. 6/02)

[ 7 ]

PET. FOR WRIT OF HAB. CORPUS    7

## PROOF OF SERVICE BY PERSON IN STATE CUSTODY

I the undersigned, hereby declare that I am over the age of eighteen (18), and that I am incarcerated at Kern Valley State Prison in Delano, California, that [X] I am [ ] am not a party to this action, and that on the 16th day of April, 2008, I served a true and complete copy of the following:

(
( Application for Petition For Writ of Habeas Corpus;
( Motion and Declaration for Stay, Abeyance, or Tolling;
( Memorandum Of Points And Authorities, In Support Of Stay, And Abeyance;
( Exibits; 1,2,3,4,5, & 6; A,B,C, & D. and,
( Proof of Service By Person In State Custody.
(

by handing it to institutional staff with First Class Postage prepaid in full for mailing to the following address(es):

(
( United States District Court            Office of Attorney General
( Northern Dist. California               Department Of Justice
( 1301 Clay St. 400 South                 455 Golden Gate Avenue
( Oakland, Ca. 94612-5212                 Suite 11000
(                                         San Francisco, Ca. 94102-3664
( Att: Clerk Of The Court
(

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON   April 16th, 2008   , at KVSP DELANO, California. 93216-1502

____Michael J. Wright____        _____Michael Wright_____
    (Print Name)                        (Signature)

