**FILED**

JUL 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

July 17, 2008

TO:   UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF CALIFORNIA
      1301 Clay St., 400 South, Div. 3
      Oakland, CA. 94612-5212

FROM: Michael J. Wright, # V-91600
      KVSP; P.O. Box 5102; FBB3-114-L
      Delano, CA. 93216-5102

RE:   WRIGHT v. HEDGPETH-Warden, NO. CV 08-02228-SBA

ATT:  Lisa R. Clark, Deputy Clerk:

         I am directing this correspondence to your attention, regarding the progress in the above-referenced case matter in California State Court proceedings, in accordance with this U.S. Dist. Court's Order Dated on June 23, 2008.

         On July 1, 2008, I did in fact submit a letter to the Clerk of The Claifornia State Supreme Court, in my request for a copy of the Docket Sheet in my Case No. S 163077; (see enclosed copy of letter). As of this instant writing, I have yet to receive an accommodating response from the Supreme Court Clerk; subsequent to receiving their original Notice of Filing of the State Petition For Writ Of Habeas Corpus; (a copy is also enclosed).

         In light of the foregoing circumstances, only limited progress has been made in the State exhaustion proceedings, dispite all of my due diligent efforts in seeking a Docket Sheet Update from the State Court.

         In any future occurances, upon recept of an anticipated response from the said State Court, without hesitation the communication will be forwarded on to your offices all in a matter of due course.

         Thanking you in advance, I remain;

                                                     Cordially Yours;

                                                     Michael J. Wright
                                                     Michael J. Wright

cc:  fil.
encl. LRC

MARY JAMESON
AUTOMATIC APPEALS SUPERVISOR

JORGE NAVARRETE
SUPERVISING DEPUTY CLERK

SAN FRANCISCO

NATALIE ROBINSON
SUPERVISING DEPUTY CLERK

LOS ANGELES



# Supreme Court of California

FREDERICK K. OHLRICH
COURT ADMINISTRATOR AND
CLERK OF THE SUPREME COURT

☒ SAN FRANCISCO 94102
EARL WARREN BUILDING
350 McALLISTER STREET
(415) 865-7000

☐ LOS ANGELES 90013
RONALD REAGAN BUILDING
300 SOUTH SPRING STREET
(213) 830-7570

April 28, 2008

Michael J. Wright
V-91600
P. O. Box 5102
Delano, CA 93216-5102

Re:   **S163077 - In re Michael J. Wright on Habeas Corpus**

Dear Mr. Wright:

We hereby return unfiled your petition for review, which we received April 28, 2008. A check of the Court of Appeal docket shows that the petition for a writ of habeas corpus was denied April 3, 2008. The last day a timely petition for review could have been filed was April 13, 2008.

Your petition for writ of habeas corpus was received and filed today, April 28, 2008, under the above referenced case number. Thank you.

Very truly yours,

FREDERICK K. OHLRICH
Court Administrator and
Clerk of the Supreme Court

By: C. Thompson, Deputy Clerk

Enclosure

July 1, 2008

TO:     Supreme Court Of California  
350 Mc Allester St.  
San Francisco, CA. 94102-4797

FROM:     Mr. Michael J. Wright, # V-91600  
KVSP; P.O. Box 5102; FBB3-114-L  
Delano, CA. 93216-5102

RE:     WRIGHT v. HEDGPETH-Warden, No. S 163077  
Petition For Writ Of Habeas Corpus.

ATT:     Frederick K. Ohlrich;  
Clerk Of The Supreme Court

         I'am directing this correspondence to your attention, regarding the Case Activity Docket Status Update Sheet, in the above-referenced case matter as submitted and Filed on Aprial 28, 2008, in the Supreme Court.

         This is my second and subsequent request for a copy of the Docket Sheet, in as much as my eargent need is for the filing of my quarterly report to the United States District Court, For he Northern Dist. of California, in a directly related matter to the above-said matter now before the State Supreme Court.

         In all future occurances, I'am now in great expectation of your forthcoming accommodating response in the not too distant future;

         As I remain:

         Very Truly Yours

         *Michael J. Wright*  
         Michael J. Wright,  
         Petitioner In Pro Per

cc: fil.  
Encl.COC-SC



MR. MICHAEL J. Wright, CDCR# V-91600
KVSP: P.O. Box 5102; FBB3-114-L
Delano, CA.  93216-5102

Kern Valley State Prison
Facility B, Building 3

TO: UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay St., 400 South , Div. 3
Oakland CA. 94612-5212

ATT: Clerk Of The Court

LEGAL MAIL

