FILED 

AUG 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO:       UNITED STATES DISTRICT COURT                August 13, 2008
          NORTHERN DIST. OF CALIFORNIA
          1301 Clay St., 400 South, Div. _3_
          Oakland, CA.   94612-5212


FROM:     Michael J. Wright, V-91600
          KVSP; P.O. Box 5102; FBB3-114-L
          Delano, CA.  93216-5102


RE:       WRIGHT v. HEDGPETH-Warden, NO. CV 08-02228-SBA (PR) ;


ATT:      Lisa R. Clark, Deputy Clerk:


          I am directing this correspondence to your attention, regarding
the progress in the above-referenced case matter, in accordance with this
U.S. District Court's Order Dated on June 23, 2008.

          Please find enclosed copies of the California State Supreme Court's
Docket Listing, and court case Information of Events, that are relevant to
my above-referenced pending U.S. District Court Case.  Nedless to say, there
has beed little if none at all progressive activity to convey to you at this
time, in keeping with this District Court's Order.

          In all future events, I shall continue to keep the Court informed
and up-dated on all State events as they are communicated to me.  Thanking
you in advance, for your time and attention in this small but importaint matter
as I remain;


                                              Cordially Yours

                                              Michael J. Wright
                                              Michael J. Wright

cc:   fil.
encl. to LRC

163077

## Docket Listing

| | |
|---|---|
| **Case Number:** | S163077 |
| **Current Status:** | case initiated |
| **Case Title:** | WRIGHT (MICHAEL J.) ON H.C. |
| **Start Date:** | 4/28/2008 |
| **Case Category:** | Original Proceeding - Habeas |

---

### Court of Appeals Case Information

---

### Lower Court Case Information

---

### Party Information

MICHAEL J. WRIGHT
Petitioner
P.O. Box 5120
Delano, CA 93216-1502

**Attorneys**

[None]

---

### Docket Events

| Date | Event |
|---|---|
| 4/28/2008 | Petition for writ of habeas corpus filed by Michael J. Wright, petitioner in pro per. |



MARY JAMESON
AUTOMATIC APPEALS SUPERVISOR

JORGE NAVARRETE
SUPERVISING DEPUTY CLERK

SAN FRANCISCO
—
NATALIE ROBINSON
SUPERVISING DEPUTY CLERK

LOS ANGELES

☐  SAN FRANCISCO 94102
EARL WARREN BUILDING
350 McALLISTER STREET
(415) 865-7000
——
☐  LOS ANGELES 90013
RONALD REAGAN BUILDING
300 SOUTH SPRING STREET
(213) 830-7570

### Supreme Court of California

FREDERICK K. OHLRICH
COURT ADMINISTRATOR AND
CLERK OF THE SUPREME COURT

August 5, 2008

Mr. Michael J. Wright  V-91600
KVSP  FBB3-114-L
P.O. Box 5102
Delano, CA  93216

     Re:    S163077- In re Michael J. Wright on Habeas Corpus.

Dear Mr. Wright:

    This will acknowledge receipt of your letter dated July 28, 2008.  Attached per your request, is a copy of the docket sheet with regards to the above captioned matter.

           Very truly yours,

           FREDERICK K. OHLRICH
           Court Administrator and
           Clerk of the Supreme Court

           By:  I. Calanoc, Deputy Clerk

Encl.



USA FIRST-CLASS FOREVER

Mr. MICHAEL J. WRIGHT, CDCR# v-91600
KVSP; P.O. Box 5102; FBB3-114-L
Delano, CA.  93216-5102

Kern Valley State Prison
Facility B. Building 3

ATT: Lisa R. Clark, Deputy Clerk:

KVSP

TO:   UNITED STATES DISTRICT COURT
      NORTHERN DIST. CALIFORNIA
      1301 Clay St. 400 South, Div. 3
      Oakland, CA.  94612-5212

TB Brun

KVSP 8-13-08