IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. WRIGHT,

          Petitioner,

  v.

A. HEDGPETH, Warden,

          Respondent.

_____/

No. C 08-02228 SBA (PR)

**ORDER TERMINATING PENDING MOTION**

Petitioner, a state prisoner proceeding <u>pro se</u>, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

In an Order dated June 23, 2008, the Court stayed this action pending Petitioner's exhaustion of his state judicial remedies. The Court directed the Clerk of the Court to administratively close the file pending the stay of this action, stating "Nothing further will take place in this action until Petitioner receives a final decision from the highest state court and, within thirty (30) days of doing so, moves to reopen the action, lift the Court's stay and amend the stayed petition to add the newly-exhausted claims." (June 23, 2008 Order at 4.)

Before the Court is Petitioner's "Application for Enlargement of Time of Stay," in which he requests a stay "up to and including January 5, 2009, on grounds of excusable neglect." (Mot. for Stay at 1.) As mentioned above, the Court has stayed these proceedings until Petitioner exhausts his state judicial remedies in the California Supreme Court; therefore, he does not need to request an extension of time for the stay. Accordingly, the Court DENIES Petitioner's motion as unnecessary.

This Order terminates Docket no. 7.

IT IS SO ORDERED.

DATED: 2/20/09

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.08\Wright2228.denyEOT-moot.wpd

United States District Court

For the Northern District of California

1  UNITED STATES DISTRICT COURT

2  FOR THE

3  NORTHERN DISTRICT OF CALIFORNIA

4

5

6  MICHAEL J WRIGHT,                          Case Number: CV08-02228 SBA

7           Plaintiff,                        **CERTIFICATE OF SERVICE**

8     v.

9  A HEDGPETH et al,

10          Defendant.
   _____/

11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

13
    That on February 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
14  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
15  located in the Clerk's office.

16

17
    Michael J. Wright V-91600
18  Pleasant Valley State Prison
    24863 W. Jayne Ave.
19  P.O. Box 8503
    Coalinga, CA 93210-8503
20
    Dated: February 20, 2009
21
                                              Richard W. Wieking, Clerk
22                                            By: LISA R CLARK, Deputy Clerk

23

24

25

26

27

28
    P:\PRO-SE\SBA\HC.08\Wright2228.denyEOT-mot.wpd