IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL J. WRIGHT,**<br><br>                          Petitioner,<br><br>          v.<br><br>**JAMES YATES, Warden,**<br><br>                          Respondent. | Case No. C 08-02228 SBA (PR)<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until December 4, 2009, to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days of his receipt of the answer.

Dated: 10/19/09

*Saundra B. Armstrong*
The Honorable Saundra B. Armstrong

1

[Proposed] Order (C 08-02228 SBA (PR))

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J WRIGHT,

        Plaintiff,

  v.

A HEDGPETH et al,

        Defendant.
                                      /

Case Number: CV08-02228 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/22/09October 22, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael J. Wright V-91600
Pleasant Valley State Prison
24863 W. Jayne Ave.
P.O. Box 8503
Coalinga, CA 93210-8503

Dated: 10/22/09October 22, 2009

                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk