IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES WRIGHT, ) | No. C 08-2228 SBA (PR) |
| Petitioner, ) | **JUDGMENT** |
| v. ) | |
| A. HEDGPETH, Warden, ) | |
| Respondent. ) | |

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.

IT IS SO ORDERED.

DATED: 9/15/10

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J WRIGHT,

        Plaintiff,

  v.

A HEDGPETH et al,

        Defendant.

Case Number: CV08-02228 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 15, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael J. Wright V-91600
Pleasant Valley State Prison
24863 W. Jayne Ave.
P.O. Box 8503
Coalinga, CA 93210-8503

Dated: September 15, 2010

                               Richard W. Wieking, Clerk
                               By: LISA R CLARK, Deputy Clerk