IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL JAMES WRIGHT, | ) | No. C 08-2228 SBA (PR) |
| | ) | |
| Petitioner, | ) | **ORDER DENYING LEAVE TO** |
| | ) | **PROCEED IN FORMA PAUPERIS** |
| v. | ) | **ON APPEAL** |
| | ) | |
| A. HEDGPETH, Warden, | ) | |
| | ) | |
| Respondent. | ) | (Docket No. 37) |
| | ) | |

This matter is now before the Court for consideration of Petitioner's motion for leave to proceed in forma pauperis on appeal.  Petitioner's pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging was denied on its merits, and a certificate of appealability was denied in the same order.  Petitioner has filed a notice of appeal and a motion for leave to proceed on appeal in forma pauperis.  The certificate of appealability was denied because "no reasonable jurist would find the denial of his claims debatable or wrong."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  For the same reason, Petitioner's appeal is not taken in "good faith" and consequently leave to proceed on appeal in forma pauperis is DENIED.  *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

DATED:    3/4/11                                    _Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J WRIGHT,

       Plaintiff,

  v.

A HEDGPETH et al,

       Defendant.
_____/

Case Number: CV08-02228 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael J. Wright V-91600
Pleasant Valley State Prison
24863 W. Jayne Ave.
P.O. Box 8503
Coalinga,  CA 93210-8503

Dated: March 4, 2011

                      Richard W. Wieking, Clerk
                      By: LISA R CLARK, Deputy Clerk